**Order entered May 21, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00355-CV

### ERIC DRAKE, Appellant

### V.

### STEPHEN WALKER, ET AL., Appellees

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-13-06774-D

## ORDER
Before the Court En Banc

We **DENY** appellant's May 13, 2014 amended motion to recuse Justice Brown. To the extent appellant requests that all justices of this Court recuse themselves, such request is duplicative of his April 21, 2014 motion to change venue in appellate cause number 05-13-00894-CV which we are treating as a motion to recuse each individual justice on the Court. Such request will be dealt with in that motion.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE